SEALED

1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW M. YELOVICH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

FILED

MAR 2 9 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11  In the Matter of the Search of          )   CASE NO.
                                            )         2:18-SW-0285     EFB
12  7260 Vanita Way                         )
    Sacramento, California                  )   SEALING ORDER
13                                          )
                                            )
14                                          )
                                            )
15                                          )
                                            )
16  _____)

17

18      Upon application of the United States of America and good cause having been shown,

19      IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and

20  shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a

    copy of the search warrant will be left at the scene of the search.
21

22  Dated: 3-28-818

23                                          _____
                                            EDMUND F. BRENNAN
24                                          United States Magistrate Judge

25

26

27

28